United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JARCEL L. LAWSON | § |
| | § |
| VS | § CIVIL ACTION NO. H-24-3271 |
| | § |
| GOODWILL INDUSTRIES | § |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. No. 24) and Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 25). No objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 25) is **ADOPTED**. Goodwill Industries of Houston, Inc.'s Motion for Summary Judgment (Doc. No. 24) is **GRANTED**. It is further

**ORDERED** that Goodwill Industries of Houston, Inc.'s Motion to Dismiss (Doc. No. 19) is **DENIED as MOOT**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this 24th day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE